UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC. and THE GENERAL HOSPITAL CORPORATION, <br><br> Plaintiffs and <br><br> v. <br><br> CUTERA, INC., <br><br> Defendant and | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 05-10683 RWZ |

**CUTERA, INC.'S MOTION TO DISMISS PURSUANT TO
RULES 12(B)(2) AND 12(B)(3)**

Defendant Cutera, Inc. hereby moves, pursuant to Fed. R. Civ. P. Rules 12(b)(2)

and 12(b)(3), to dismiss Plaintiffs' complaint for lack of personal jurisdiction and improper

venue. This Motion is based on the accompanying Memorandum of Law and Declaration of

Ronald Santilli.

Dated: July 6, 2005

CUTERA, INC.

By its attorneys,

_____
James L. Messenger (BBO #547238)
Patrick J. O'Toole, Jr. (BBO #559267)
Arthur R. Cormier (BBO #645116)
WEIL, GOTSHAL & MANGES LLP
100 Federal Street
Boston, Massachusetts 02110
Tel.: (617) 772-8300
Fax: (617) 772-8333

2

Jonathan A. Marshall
Timothy E. DeMasi
John D. Garretson
Daniel J. Melman
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York  10153

## CERTIFICATE OF COMPLIANCE
### WITH LOCAL RULES 7.1(a)(2) AND 37.1(a)

I, Daniel J. Melman, state that Kate Saxton, Esq., counsel for Plaintiffs, and I

conferred by telephone on July 6, 2005, in a good faith effort to narrow or resolve the issues

raised in the foregoing Motion, but were unable to do so.

Dated:　July 6, 2005

_____
Daniel J. Melman