UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALOMAR TECHNOLOGIES, INC.<br>and THE GENERAL HOSPITAL<br>CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>CUTERA, INC.,<br><br>    Defendant. | Civil Action No. 05-10683 RWZ |

## DECLARATION OF RONALD SANTILLI

I, Ronald Santilli, hereby declare that:

1. I am the Chief Financial Officer of Cutera, Inc., and I have held that position since 2001.

2. I submit this declaration in support of Cutera's motion to dismiss.

3. Cutera is a Delaware corporation, with its principal place of business in Brisbane, California.

4. As of April 7, 2005, Cutera had not made, used, sold or offered for sale any of its pulsed-light products for permanent hair reduction in Massachusetts.

5. On April 1, 2005, the Food and Drug Administration issued a clearance permitting Cutera to market and sell in the United States its pulsed-light products for permanent hair reduction.

6. As of April 7, 2005, Cutera did not have a regular and established place of business in Massachusetts.

I declare under penalty of perjury that to the best of my knowledge the foregoing is true and correct.

Date:  Brisbane, CA
       July 6, 2005

_____
Ronald Santilli