UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC.<br>and THE GENERAL HOSPITAL CORPORATION,<br><br>Plaintiffs<br><br>v.<br><br>CUTERA, INC.<br><br>Defendant | CIVIL ACTION<br>NO. 05-10683-RWZ |

**PLAINTIFFS' UNOPPOSED MOTION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME TO FILE THEIR OPPOSITION TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULES 12(b)(2) AND 12(b)(3)**

Palomar Medical Technologies, Inc. and the General Hospital Corporation (collectively, "Plaintiffs") respectfully request that the Court issue an Order granting them an extension of time until July 22, 2005, to file their memorandum in opposition to Cutera, Inc.'s Motion to Dismiss Pursuant to Rules 12(b)(2) and 12(b)(3).

Pursuant to Local Rule 7(a)(2) and 37.1(a), Plaintiffs state that the parties conferred in a good faith attempt to resolve or narrow the issues presented herein, and that Cutera, Inc. does not oppose this motion.

US1DOCS 5205553v1

## [PROPOSED] ORDER

It is so ordered.

_____
Rya W. Zobel
United States District Court

US1DOCS 5205553v1

PALOMAR MEDICAL TECHNOLOGIES,
INC. and THE GENERAL HOSPITAL
CORPORATION

By their attorneys,

*/s/ Vinita Ferrera*

Wayne L. Stoner (BBO #548015)
Vinita Ferrera (BBO #631190)
Michael Oblon (BBO # 634966)
Kate Saxton (BBO #655903)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: July 20, 2005

## CERTIFICATE OF SERVICE

I, Vinita Ferrera, certify that on July 20, 2005, I caused a copy of the foregoing document to be sent by Federal Express to counsel for the Defendant, Daniel Melman, Esq., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119.

*/s/ Vinita Ferrera*
Vinita Ferrera