# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC. and THE GENERAL HOSPITAL CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> CUTERA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 05-10683-RWZ |

## JOINT MOTION REQUESTING ENTRY OF CONSENT JUDGMENT

Plaintiffs Palomar Medical Technologies, Inc. and the General Hospital Corporation (collectively, "Plaintiffs") and defendant Cutera, Inc. ("Cutera") respectfully request that the Court enter the Consent Judgment attached hereto as Exhibit A.

As grounds for this Motion, the parties state as follows:

1. On June 2, 2006, the parties executed a Settlement Agreement resolving all remaining issues in the above-captioned litigation;

2. Pursuant to Paragraph Two of the Settlement Agreement, the parties are to execute and file with the Court for entry the Consent Judgment attached hereto as Exhibit A.

WHEREFORE, the parties respectfully request that the Court enter the attached Consent Judgment.

Respectfully submitted,

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC. and THE GENERAL HOSPITAL CORPORATION | CUTERA, INC. |
| By their attorneys, | By its attorneys, |
| /s/ Kate Saxton_____<br>Wayne L. Stoner (BBO #548015)<br>Vinita Ferrera (BBO #631190)<br>Kate Saxton (BBO #655903)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Tel.:  (617) 526-6000<br>Fax:  (617) 526-5000 | /s/ Patrick J. O'Toole, Jr._____<br>James L. Messenger (BBO #574238)<br>Patrick J. O'Toole, Jr. (BBO #559267)<br>WEIL, GOTSHAL & MANGES LLP<br>100 Federal Street<br>Boston, Massachusetts  02110<br>Tel.:  (617) 772-8300<br>Fax: (617) 772-8333<br><br>Jared Bobrow<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Tel.:   (650) 802-3000<br>Fax:   (650) 802-3100<br><br>Timothy E. DeMasi<br>David J. Ball, Jr.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Tel.:   (212) 310-8000<br>Fax.:   (212) 310-8007 |

Dated:  June 6, 2006

CERTIFICATE OF SERVICE

      I, Kate Saxton, certify that on June 6, 2006, I caused a copy of the foregoing document to be sent by facsimile and Federal Express to counsel for the Defendant, Timothy DeMasi, Esq., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY  10153-0119.


                                             /s/ Kate Saxton
                                             Kate Saxton

US1DOCS 5689066v1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|   |   |   |
|---|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC., and THE GENERAL HOSPITAL CORPORATION, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-10683-RWZ |
| CUTERA, INC., | ) ) ) | |
| Defendant. | ) ) | |

## CONSENT JUDGMENT

The parties having considered the facts and applicable law and having agreed to the entry of this Judgment, it is therefore found, adjudged, and decreed as follows:

1.  This Court has jurisdiction over the parties and the subject matter pursuant to 28 U.S.C. § 1338.

2.  Plaintiff The General Hospital Corporation ("MGH") is the owner of U.S. Patent Nos. 5,595,568 ("the '568 patent") and 5,735,844 ("the '844 patent"), and plaintiff Palomar Medical Technologies, Inc. ("Palomar") is the exclusive licensee of the '568 patent and the '844 patent.

3.  The defendant, Cutera, Inc., formerly known as Altus Medical, Inc. ("Cutera"), has infringed (directly and by inducement) the '568 and '844 patents by its manufacture, offer for sale, sale, and/or use of Cutera's "Solera platform" and "Xeo platform" with the "ProWave 770" handpiece for hair removal (the "Solera/Xeo ProWave Combination Products").

4. The '568 and '844 patents are valid and enforceable as to the Solera/Xeo ProWave Combination Products.

5. This Judgment shall finally conclude and dispose of all claims and counterclaims in this lawsuit of all parties with prejudice.

6. The parties shall bear their own costs of this action, and all rights of appeal are waived. Neither party is entitled to collect from the other attorneys' fees except as expressly set forth in Section 3(a)(i) of that certain Settlement Agreement by and between the parties dated June 2, 2006.

7. This Court retains exclusive jurisdiction of this action for the purpose of insuring compliance with this Judgment; provided that, in no event shall this Judgment be used in this Court or any other court as a basis for injunctive or other equitable relief with respect to the Solera/Xeo ProWave Combination Products.

Dated: _____, 2006

_____
Rya W. Zobel
UNITED STATES DISTRICT JUDGE

The parties hereby stipulate and agree to entry of the foregoing judgment as a final judgment in this action.

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC. and THE GENERAL HOSPITAL CORPORATION | CUTERA, INC. |
| By their attorneys, | By its attorneys, |
| /s/ Kate Saxton<br>Wayne L. Stoner (BBO #548015)<br>Vinita Ferrera (BBO #631190)<br>Kate Saxton (BBO #655903)<br>Wilmer Cutler Pickering Hale and Dorr LLP<br>60 State Street<br>Boston, Massachusetts  02109<br>Tel.:  (617) 526-6000<br>Fax:  (617) 526-5000 | /s/ Patrick J. O'Toole, Jr.<br>James L. Messenger (BBO #574238)<br>Patrick J. O'Toole, Jr. (BBO #559267)<br>WEIL, GOTSHAL & MANGES LLP<br>100 Federal Street<br>Boston, Massachusetts  02110<br>Tel.:  (617) 772-8300<br>Fax: (617) 772-8333<br><br>Jared Bobrow<br>WEIL, GOTSHAL & MANGES LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, California 94065<br>Tel.:   (650) 802-3000<br>Fax:   (650) 802-3100<br><br>Timothy E. DeMasi<br>David J. Ball, Jr.<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, New York  10153<br>Tel.:   (212) 310-8000<br>Fax.:   (212) 310-8007 |

Dated:  June 6, 2006

CERTIFICATE OF SERVICE

      I, Kate Saxton, certify that on June 6, 2006, I caused a copy of the foregoing document to be sent by facsimile and Federal Express to counsel for the Defendant, Timothy DeMasi, Esq., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119.


                                                                 /s/ Kate Saxton
                                                                Kate Saxton