UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PALOMAR MEDICAL TECHNOLOGIES, INC., and THE GENERAL HOSPITAL CORPORATION, <br><br> Plaintiffs, <br><br> v. <br><br> CUTERA, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 05-10683-RWZ

## CONSENT JUDGMENT

The parties having considered the facts and applicable law and having agreed to the entry of this Judgment, it is therefore found, adjudged, and decreed as follows:

1.    This Court has jurisdiction over the parties and the subject matter pursuant to 28 U.S.C. § 1338.

2.    Plaintiff The General Hospital Corporation ("MGH") is the owner of U.S. Patent Nos. 5,595,568 ("the '568 patent") and 5,735,844 ("the '844 patent"), and plaintiff Palomar Medical Technologies, Inc. ("Palomar") is the exclusive licensee of the '568 patent and the '844 patent.

3.    The defendant, Cutera, Inc., formerly known as Altus Medical, Inc. ("Cutera"), has infringed (directly and by inducement) the '568 and '844 patents by its manufacture, offer for sale, sale, and/or use of Cutera's "Solera platform" and "Xeo platform" with the "ProWave 770" handpiece for hair removal (the "Solera/Xeo ProWave Combination Products").

4.    The '568 and '844 patents are valid and enforceable as to the Solera/Xeo ProWave Combination Products.

5.    This Judgment shall finally conclude and dispose of all claims and counterclaims in this lawsuit of all parties with prejudice.

6.    The parties shall bear their own costs of this action, and all rights of appeal are waived. Neither party is entitled to collect from the other attorneys' fees except as expressly set forth in Section 3(a)(i) of that certain Settlement Agreement by and between the parties dated June 2, 2006.

7.    This Court retains exclusive jurisdiction of this action for the purpose of insuring compliance with this Judgment; provided that, in no event shall this Judgment be used in this Court or any other court as a basis for injunctive or other equitable relief with respect to the Solera/Xeo ProWave Combination Products.

Dated: 6/16, 2006

Rya W. Zobel
UNITED STATES DISTRICT JUDGE

The parties hereby stipulate and agree to entry of the forego ing judgment as a final judgment in

this action.

PALOMAR MEDICAL TECHNOLOGIES,        CUTERA, INC.
INC. and THE GENERAL HOSPITAL
CORPORATION

By their attorneys,                          By its attorneys,

/s/ Kate Saxton                              /s/ Patrick J. O'Toole, Jr.

Wayne L. Stoner (BBO #548015)                James L. Messenger (BBO #574238)
Vinita Ferrera (BBO #631190)                 Patrick J. O'Toole, Jr. (BBO #559267)
Kate Saxton (BBO #655903)                    WEIL, GOTSHAL & MANGES LLP
Wilmer Cutler Pickering Hale and Dorr LLP     100 Federal Street
60 State Street                              Boston, Massachusetts 02110
Boston, Massachusetts 02109                  Tel.: (617) 772-8300
Tel.: (617) 526-6000                         Fax: (617) 772-8333
Fax: (617) 526-5000

                                             Jared Bobrow
                                             WEIL, GOTSHAL & MANGES LLP
                                             201 Redwood Shores Parkway
                                             Redwood Shores, California 94065
                                             Tel.:   (650) 802-3000
                                             Fax:    (650) 802-3100

                                             Timothy E. DeMasi
                                             David J. Ball, Jr.
                                             WEIL, GOTSHAL & MANGES LLP
                                             767 Fifth Avenue
                                             New York, New York 10153
                                             Tel.:   (212) 310-8000
                                             Fax.:   (212) 310-8007

Dated: June 6, 2006

## CERTIFICATE OF SERVICE

I, Kate Saxton, certify that on June 6, 2006, I caused a copy of the foregoing document to be sent by facsimile and Federal Express to counsel for the Defendant, Timothy DeMasi, Esq., Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, NY 10153-0119.

/s/ Kate Saxton
Kate Saxton